# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GLEN THOMPKINS

NO. 2020 KW 0503

AUGUST 03, 2020

In Re:    Glen Thompkins, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 558909.

BEFORE:    GUIDRY, HIGGINBOTHAM, AND PENZATO, JJ.

WRIT DENIED ON THE SHOWING MADE. This court cannot adequately review the allegations presented for review in the writ application. Relator failed to include the application for postconviction relief, the State's answer, if any, the court's ruling, the habitual offender bill of information, the transcripts of the resentencing hearings, and any other pertinent documents from the district court record that might support his claims. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application shall be filed on or before September 30, 2020. Any future filing on the issues presented herein should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JMG
TMH
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT